UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ED RICHARDS,

    Plaintiff,

v.

THE CITY OF SEATTLE, a municipality, and JORGE CARRASCO, an individual,

    Defendants.

Case No. C07-1022TSZ

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against PLAINTIFF ED RICHARDS and on behalf of DEFENDANT CITY OF SEATTLE in the unopposed amount of $1,445.80.

Entered this   1st   day of AUGUST , 2008 .

Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 1